FLYNN, Appellant, v. LATHROP, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by John Flynn against George D. Lathrop, as administrator. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Judgment and order affirmed, with costs.

---

FRENCH, Respondent, v. ROW et al., Appellants.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by George G. French against Susan Row and another. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Ordered that the appeal of the defendants be dismissed, with costs of the appeal, unless the defendants shall within 20 days from the service of this order serve a proposed case, and pay the plaintiff $10 costs. See 24 N. Y. Supp. 1146.

---

GARDINER, Appellant, v. PERRY et al., Respondents.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Wilson H. Gardiner against Mary J. Perry and others. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Judgment and order affirmed, with costs.

---

GREEN, Respondent, v. REBYOR, Appellant.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Cordelia Green against Peter Rebyor. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Judgment and order affirmed, with costs.

---

GREENWAY BREWING CO., Appellant, v. BISHOP, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by the Greenway Brewing Company against James L. Bishop. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Judgment of the county court modified by striking therefrom the provision which awards a new trial, and as so modified affirmed, without costs to either party on this appeal.

---

HAVANA JOURNAL, Appellant, v. PIKE, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by the Havana Journal against Sewell Pike. Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ. No opinion. Judgment affirmed, with costs.